Joseph Cahn & Co. v. H. D. Records, *Assignee of D. F. Swank*, No. 4568.—Clarence E. Bennett & Co. v. Same, No. 4569.—Tootle, Hanna & Co. v. Same, No. 4570.

*Per Curiam*: Upon the authority of the foregoing opinion, the orders dissolving the attachments in said cases will also be reversed.